# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MEMORANDUM

| | |
|---|---|
| Case No. CV 13-1688 DSF | Date 5/7/13 |

Title  *In Re Debtor - First Yorkshire Holdings, Inc.*
       First Yorkshire Holdings, Inc. v. Pacifica L 22 LLC

Present: The Honorable  DALE S. FISCHER

| Debra Plato | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) Order To Show Cause Re Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8006 records.

Appellant is Ordered to Show Cause no later than May 21, 2013, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.