JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Debtor, | Case No. CV13-1688 DSF |
| FIRST YORKSHIRE HOLDINGS, INC., | JUDGMENT OF DISMISSAL |
| Appellant, | |
| v. | |
| PACIFICA L 22 LLC | |
| Appellee, | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and appellant not having timely responded,

IT IS ORDERED AND ADJUDGED that the appeal be dismissed.

Dated: 8/28/13

_____
DALE S. FISCHER
United States District Judge