JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Debtor,<br><br>FIRST YORKSHIRE HOLDINGS, INC.,<br><br>                Appellant,<br><br>v.<br><br>PACIFICA L 22 LLC<br><br>                Appellee, | Case No. CV13-1688 DSF<br><br>JUDGMENT OF DISMISSAL |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and appellant not having timely responded,

    IT IS ORDERED AND ADJUDGED that the appeal be dismissed.

Dated: 8/28/13

                              DALE S. FISCHER
                            United States District Judge